Nicole M. Harvey, Esq. (SBN 11147)
Harvey Law Firm, PLLC
515 Court Street, Reno, Nevada 89501
T:  (775) 359-2211  F:  (775) 284-0468
Nicole@NicoleHarvey.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DISTRICT OF NEVADA**

| | |
|---|---|
| TINA STEWART | **CASE NO.** 3:12-cv-00608-MMD-VPC |
| Plaintiff, | ORDER ON |
| vs. | **STIPULATION FOR DISMISSAL** |
| TROPICANA   ENTERTAINMENT,   INC., et al. | |
| Defendants. | |

It is hereby stipulated by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs or attorneys' fees to either party, all costs and attorneys' fees having been paid, and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED this __ day of June, 2013.          DATED this ___ day of June, 2013.

GORDON SILVER                                    HARVEY LAW FIRM

/s/ Molly M. Rezac_____                      _/s/ Nicole M. Harvey_____
MOLLY M. REZAC, ESQ.                        NICOLE M. HARVEY, ESQ.
Nevada Bar No. 7435                             Nevada Bar No. 11147
Email:  mrezac@gordonsilver.com           Harvey Law Firm, PLLC
100 W. Liberty Street, Suite 940             515 Court Street, Reno, NV 89501
Reno, NV  89501                                  Telephone: (775) 359-2211
Telephone:  (775) 343-7500                    Facsimile:   (775) 284-0468

**HARVEY LAW FIRM**
515 Court Street, Reno, NV 89501
Tel: (775) 359-2211   Fax: (775) 284-0468

1

Facsimile:  (775) 786-0131                          Email: Nicole@NicoleHarvey.com
*Attorney for Defendant*                            *Attorney for Plaintiff*
*Tropicana Entertainment, Inc.*                     *Tina Stewart*

                                    * * *

        IT IS SO ORDERED.

        DATED this 25th day of June, 2013.

                                        _____
                                        MIRANDA M. DU
                                        UNITED STATES DISTRICT JUDGE

Harvey Law Firm
515 Court Street, Reno, NV 89501
Tel: (775) 359-2211  Fax: (775) 284-0468